IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHRISTI L. MORROW,              )
individually and on behalf      )
of all others similarly         )
situated,                       )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )          2:04cv873-T
                                )             (WO)
GREEN TREE SERVICING            )
L.L.C., et al.,                 )
                                )
     Defendants.                )

### JUDGMENT

Pursuant to the joint stipulation for dismissal (Doc. No. 17), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of October, 2005.


        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE